U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CA-07-00175 RBW |
| DEFENDANT | TYPE OF PROCESS |
| $14,860.00 in United States Currency | Verified Complaint & Warrant of Arrest in Rem |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$14,860 in U.S. Currency

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Federal Bureau of Investigation-WFO

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barry Wiegand
William R. Cowden
Assistant U.S. Attorneys
555 4th St., N.W., Room 4818
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS Asset ID no. 06-FBI-003997

Contact SA Paul Cavanagh, WFO

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

WILLIAM R. COWDEN
Assistant U.S. Attorney

TELEPHONE NUMBER: (202) 307-0258
DATE: 1/25/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process / District of Origin / District to Serve / Signature of Authorized USMS Deputy or Clerk / Date 1-25-2007

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Craig Wallace/FBI

Date of Service: 1/31/07  Time: 8:45 pm

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

REMARKS: Assets in evidence Control Room.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)