IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | Civil Action No. 07-00175 (RBW) |
| v.           ) | |
| ) | |
| $14, 860 I9 IN UNITED STATES           ) | |
| CURRENCY,           ) | |
| ) | |
| Defendant,           ) | |

## CLAIM OF ALFRED T. HOPKINS

Comes now the Claimant Alfred T. Hopkins, by and through his counsel, John F. Mercer, Esq., and asserting his interest in the defendant property. In support of his claim, pursuant to Rule G (5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and states the following;

1. That on January 31, 2007, Claimant was served with a "Notice of Forfeiture Action" (the "Notice") by Jeffrey Taylor, United States Attorney and William R. Cowden, United States Attorney.

2. That the Notice was accompanied by a "Warrant For Arrest In *REM*" filed on January 25, 2007 alleging that the Defendant arrested property (the "Property") was subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. §881 (a) (6) and 18 U.S.C. § 981 (a) (1) (A).

3. That the Claimant avers and asserts that he is the rightful and legal owner of the Property and that he shall legally and factually contest that the Property is forfeitable pursuant to the laws cited above herein.

4. That the Property subject to the instant proceeding (the "Property") is of the following description: Fourteen Thousand, Eight Hundred Sixty Dollars and Zero Cents ($14,860.00) in United States Currency.

5. That the Property was seized from the Claimant's home and residence, located at 5601 Lundy Drive, Lanham, Maryland on August 1, 2006,

6. That the Property lawfully belongs to the Claimant, it is owned by the Claimant and was legal under Claimant's custody and control when it was seized.

Wherefore, the premises considered, the Claimant prays that that the instant Complaint for forfeiture in *Rem* be dismissed and the Property returned to the Plaintiff, or in the alternative, that the matter be set for a hearing and that based upon the findings therein the Property be returned to Claimant with accrued interest, costs, attorney fees and such other and further relief as may be appropriate.

        Respectfully submitted,

        /S/
        _____
        John F. Mercer, Esq.
        Tec Law Group, PLLC.
        1000 Connecticut Avenue, Suite 600
        Washington, D.C. 20036
        Tel: 202.
        Tel: 240.535.8758
        Fax.: 301.249.4604
        Email: jmjmercer@aol.com

**CERTIFICATE OF SERVICE**

    I herby certify that a copy of the foregoing Claim was filed with the Clerk, U.S. District Court for the District of Columbia, with a copy thereof served upon Assistant united States Attorney William R. Cowden, U.S. Attorney's Office, 555 4th Street, N.W., Room 4824, Washington D.C. this 7th day of March 2007.

                                                   /S/
                                      _____
                                      John F. Mercer

DATED: March 7th, 2007

## VERIFICATION

I hereby verify and declare under penalty of perjury that the information contained in the foregoing "CLAIM OF ALFRED T. HOPKINS" is true and correct.

Executed on this 7th day of March, 2007

*Alfred T. Hopkins*
Alfred T. Hopkins,
Claimant

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | Civil Action No. 07-00175 (RBW) |
| v.            ) | |
| ) | |
| $14, 860 I9 IN UNITED STATES            ) | |
| CURRENCY,            ) | |
| ) | |
| Defendant,            ) | |

## CLAIM OF ALFRED T. HOPKINS

Comes now the Claimant Alfred T. Hopkins, by and through his counsel, John F. Mercer, Esq., and asserting his interest in the defendant property. In support of his claim, pursuant to Rule G (5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and states the following;

1. That on January 31, 2007, Claimant was served with a "Notice of Forfeiture Action" (the "Notice") by Jeffrey Taylor, United States Attorney and William R. Cowden, United States Attorney.

2. That the Notice was accompanied by a "Warrant For Arrest In *REM*" filed on January 25, 2007 alleging that the Defendant arrested property (the "Property") was subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. §881 (a) (6) and 18 U.S.C. § 981 (a) (1) (A).

3. That the Claimant avers and asserts that he is the rightful and legal owner of the Property and that he shall legally and factually contest that the Property is forfeitable pursuant to the laws cited above herein.

4.  That the Property subject to the instant proceeding (the "Property") is of the following description: Fourteen Thousand, Eight Hundred Sixty Dollars and Zero Cents ($14,860.00) in United States Currency.

5.  That the Property was seized from the Claimant's home and residence, located at 5601 Lundy Drive, Lanham, Maryland on August 1, 2006,

6.  That the Property lawfully belongs to the Claimant, it is owned by the Claimant and was legal under Claimant's custody and control when it was seized.

Wherefore, the premises considered, the Claimant prays that that the instant Complaint for forfeiture in *Rem* be dismissed and the Property returned to the Plaintiff, or in the alternative, that the matter be set for a hearing and that based upon the findings therein the Property be returned to Claimant with accrued interest, costs, attorney fees and such other and further relief as may be appropriate.

Respectfully submitted,

/S/
_____
John F. Mercer, Esq.
Tec Law Group, PLLC.
1000 Connecticut Avenue, Suite 600
Washington, D.C. 20036
Tel: 202.
Tel: 240.535.8758
Fax.: 301.249.4604
Email: jmjmercer@aol.com

2

**CERTIFICATE OF SERVICE**

    I herby certify that a copy of the foregoing Claim was filed with the Clerk, U.S. District Court for the District of Columbia, with a copy thereof served upon Assistant united States Attorney William R. Cowden, U.S. Attorney's Office, 555 4th Street, N.W., Room 4824, Washington D.C. this 7th day of March 2007.

                                          /S/
                              _____
                              John F. Mercer

DATED: March 7th, 2007