UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-175 (RBW) |
| $14,860.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| ALFRED T. HOPKINS, | ) | |
| Claimant. | ) | |

**SCHEDULING ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on May 10, 2007, it is hereby

**ORDERED** that initial disclosures in this matter have been waived.  It is further

**ORDERED** that this matter shall be placed on the Standard Track.  It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by July 13, 2007.  It is further

**ORDERED** that the claimant's expert disclosures under Rule 26(a)(2) shall be served by August 10, 2007.  It is further

**ORDERED** that all discovery in this matter shall be completed by September 14, 2007. It is further

**ORDERED** that this matter shall be referred to a magistrate judge for the purpose of settlement discussions for a period commencing on September 17, 2007, and concluding on November 16, 2007.  It is further

**ORDERED** that any dispositive motions shall be filed by October 19, 2007.  Oppositions thereto shall be filed by November 16, 2007, and replies, if any, shall be filed by November 30, 2007.  It is further

**ORDERED** that a Pre-Trial Conference shall be held on March 7, 2008, at 9:30, if this matter has not been resolved by that date.

**SO ORDERED** this 10th day of May, 2007.


                                        REGGIE B. WALTON
                                        United States District Judge