UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| $14,860.00 IN UNITED STATES CURRENCY,<br>              Defendant.<br>_____ | ) <br> ) <br> ) <br> ) | Civil No. 07-00175 (RBW/DAR)<br>ECF |
| ALFRED T. HOPKINS,<br>              Claimant.<br>_____ | ) <br> ) <br> ) <br> ) | |

**CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to move to continue the settlement conference in this civil forfeiture action, which now is set for Thursday, September 27, 2007. Claimant consents to this motion, by and through his attorney, Mr. John F. Mercer, Esq. The parties ask the Court to defer the settlement conference until 30 days after the end of trial in a related criminal case, United States v. Darnell Jackson, *et al.*, Cr. No. 06-0227 (RBW). On the parties's behalf, plaintiff respectfully submits this motion for the reasons set forth below:

1.   This is a civil action brought *in rem* in January 2007 to forfeit funds seized from a Maryland residence on August 1, 2006. Pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6), plaintiff has alleged that the funds had ties to money-laundering and drug-trafficking, which subject them to forfeiture.

2.   Mr. Alfred Hopkins has entered this action as a claimant to oppose the forfeiture. Police had seized the defendant funds from Mr. Alfred Hopkins's residence. Other than plaintiff and claimants, there are no other parties, and it is too late for anybody else to enter this case.

3. Following a status hearing on May 10, 2007, the Court issued a scheduling order and referred the case to a U.S. Magistrate Judge for consideration of settlement. A settlement conference has been set before U.S. Magistrate Judge Deborah A. Robinson this Thursday, September 27, 2007, at 9:30 a.m.[1]

2. This civil forfeiture action is related to the criminal prosecution in United States v. Darnell Anthony Jackson, *et al.*, Cr. No. 06-0227 (RBW), trial of which now is set to begin Wednesday, September 26, 2007. It is expected to last between six and eight weeks. One of the Jackson criminal defendants is claimant's son, Mr. Troy Hopkins. The Jackson indictment charges Mr. Troy Hopkins and others, *inter alia*, with an unlawful conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846. Although claimant Alfred Hopkins is not charged in Jackson, it is entirely possible that he might be called as a witness. In any event, Mr. Alfred T. Hopkins also might attend the trial of his son.

3. Independent of these considerations, claimant remains engaged in responding to plaintiff's discovery requests, although both parties met their obligations the Court's scheduling order. In consequence, neither party likely will have reviewed fully all of the discovery by the time of the settlement conference, which might make substantive discussions premature. Additionally, the government expects to introduce in the Jackson trial evidence of narcotic-related acts committed where police seized the defendant funds, that is, the Hopkins residence in Maryland.

4. Consequently, the parties ask the Court to continue the settlement conference on September 27, 2007, until 30 days after the conclusion of the trial in United States v. Jackson, et al.,

---

[1] The scheduling order set the following dates: discovery concluded by September 14, 2007; dispositive motions filed by October 19, 2007; responses to such motions filed by November 16, 2007; replies by November 30, 2007; pretrial conference set for March 7, 2008.

Cr. No. 06-0227 (RBW).

     5.      Claimant's counsel, Mr. Mercer, graciously has authorized undersigned plaintiff's counsel to make the representations in this motion, and has consented to plaintiff filing this consent motion. A proposed order granting this motion is attached.

     ***WHEREFORE***, with claimant's consent, plaintiff prays this Honorable Court to grant this motion, to continue the settlement conference, and to enter the attached proposed order.

                               Respectfully submitted,

                               /s/
                               JEFFREY A. TAYLOR, DC Bar #498610
                               United States Attorney

                               /s/
                               Barry Wiegand, DC Bar #424288
                               Assistant United States Attorney
                               555 4th Street N.W.
                               Washington, DC 20530
                               (202) 307-0299 (with voice-mail)
                               (202) 514-8707 (Telefax)
                               William.B.Wiegand@USDoJ.Gov (e-mail)
                               Counsel for Plaintiff United States

     I HEREBY CERTIFY that, before filing this CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE and the attached proposed order, I obtained approval to do so from: Mr. John F. Mercer, Esq., Counsel for Claimant Alfred T. Hopkins, Tec Law Group, PLLC., 1000 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, (240) 535-8758; (301) 249-4604 (fax); JMJMercer@AOL.Com; and that I also transmitted it to him by e-mail and through this Court's ECF system upon filing with the Court, on the 24th day of September 2007.

                               /s/
                               Barry Wiegand
                               Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>    Plaintiff,         )<br>          )<br>  v.         )<br>          )<br>$14,860.00 IN UNITED STATES         )<br>CURRENCY,         )<br>    Defendant.         )<br>_____)<br>          )<br>ALFRED T. HOPKINS,         )<br>    Claimant.         )<br>_____) | Civil No. 07-00175 (RBW)<br>ECF |

## ORDER

This matter came before the Court on plaintiff's Consent Motion To Continue Settlement Conference. Upon consideration of the representations in that motion, the entire record herein, as well as the entire record in a related criminal case, United States v. Darnell Jackson, Cr. No. 06-0227 (RBW), it is by the Court this ____ day of September 2007,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the settlement conference set for September 27, 2007, at 9:30 a.m., be continued *Sine Die*, pending further order of the Court; and it is further

ORDERED, that within 30 days of the conclusion of the Jackson trial, the parties shall move the Court to convene a settlement conference, or otherwise propose to the Court an alternative course of action.

SO ORDERED.

_____       _____
Dated                          REGGIE B. WALTON
                              United States District Judge

cc:  JOHN F. MERCER, Esq.

Tec Law Group, PLLC.
1000 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
(240) 535-8758
(301) 249-4604 (fax)
JMJMercer@AOL.Com

Barry Wiegand
Assistant United States Attorney
DC Bar #424288
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov