UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>$14,860.00 IN UNITED STATES CURRENCY,<br>        Defendant.<br>_____<br><br>ALFRED T. HOPKINS,<br>        Claimant.<br>_____ | Civil No. 07-00175 (RBW/DAR)<br>ECF |

**CONSENT MOTION TO CONTINUE DATES FOR FILING DISPOSITIVE MOTIONS**

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to move to continue the current deadlines for filing dispositive motions, the first of which now is Friday, October 19, 2007. Claimant consents to this motion, by and through his attorney, Mr. John F. Mercer, Esq. The parties ask the Court to defer the dates for filing dispositive motions until 45 days after the end of trial in a related criminal case, United States v. Darnell Jackson, *et al.*, Cr. No. 06-0227 (RBW). On the parties's behalf, plaintiff respectfully submits this motion for the reasons set forth below:

    1.    This is a civil action brought *in rem* in January 2007 to forfeit funds seized from a Maryland residence on August 1, 2006. Pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6), plaintiff has alleged that the funds had ties to money-laundering and drug-trafficking, which subject them to forfeiture.

    2.    Mr. Alfred Hopkins has entered this action as a claimant to oppose the forfeiture. Police had seized the defendant funds from Mr. Alfred Hopkins's residence. Besides plaintiff and claimants, there are no other parties, and it is too late for anyone else to enter this case.

3.     This civil forfeiture action is related to the criminal prosecution in United States v. Darnell Anthony Jackson, *et al.*, Cr. No. 06-0227 (RBW), trial of which now is under way before this Court.  It is expected to last several more weeks.  One of the Jackson criminal defendants is claimant's son, Mr. Troy Hopkins.  The Jackson indictment charges Mr. Troy Hopkins and others with, *inter alia*, unlawful conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846.

4.     In this civil action, following a status hearing on May 10, 2007, the Court issued a scheduling order, which required the parties to file dispositive motions by October 19, 2007, with responses by November 16, 2007, and replies due on November 30, 2007.  Independent of the considerations referred to above, claimant remains engaged in responding to plaintiff's discovery requests, having supplied already some requested documents and submitted to a deposition.  Other written answers to discovery requests remain pending.  (All discovery requests were made in compliance with the Court's scheduling order).[1]

5.     Thus, the parties believe that it is premature to file dispositive motions by October 19, 2007, for many of the same reason that the parties earlier asked the Court to continue the settlement conference set for September 27, 2007.  That is, key witnesses, including claimant and the government's law enforcement agents, are tied up as potential witnesses in the criminal trial.  The parties had asked the Court to continue the settlement conference until 30 days after the end of the trial in United States v. Jackson, et al., Cr. No. 06-0227 (RBW).  In the same vein, the parties

---

[1] The Court's original scheduling motion had referred the matter to a U.S. Magistrate Judge to supervise settlement discussions, and a hearing had been set for September 27, 2007.  On an earlier consent motion from the parties, the Court continued this settlement hearing, which now is set before U.S. Magistrate Judge Deborah A. Robinson on November 2, 2007, at 2:00 p.m.

ask the Court to defer the deadlines for dispositive motions until 45 days after the end of the <u>Jackson</u> criminal trial. After trial, the parties will propose new dates for filing the dispositive motions.

5. Claimant's counsel, Mr. Mercer, graciously has authorized undersigned plaintiff's counsel to make the representations in this motion, and has consented to plaintiff filing this consent motion. A proposed order granting this motion is attached.

***WHEREFORE***, with claimant's consent, plaintiff prays this Honorable Court to grant this motion, to defer the current deadlines for filing dispositive motions, and to enter the attached proposed order.

                                  Respectfully submitted,

                                  /s/\
                                  JEFFREY A. TAYLOR, D.C. Bar #498610\
                                  United States Attorney for the District of Columbia

                                  /s/\
                                  Barry Wiegand, D.C. Bar #424288\
                                  Assistant United States Attorney\
                                  555 4th Street N.W.\
                                  Washington, D.C. 20530\
                                  (202) 307-0299 (with voice-mail)\
                                  (202) 514-8707 (Telefax)\
                                  [William.B.Wiegand@USDoJ.Gov](mailto:William.B.Wiegand@USDoJ.Gov) (e-mail)

      I HEREBY CERTIFY that, before filing this CONSENT MOTION TO CONTINUE DATES FOR FILING DISPOSITIVE MOTIONS and the attached proposed order, I obtained approval to do so from: Mr. John F. Mercer, Esq., Counsel for Claimant Alfred T. Hopkins, Tec Law Group, PLLC, 1629 K Street, N.W., Suit 300, Washington, D.C. 20036, (240) 535-8758; (301) 249-4604 (fax); [JMJMercer@AOL.Com](mailto:JMJMercer@AOL.Com); and that I also transmitted it to him by e-mail and through this Court's ECF system upon filing with the Court, on or before the 18th day of October 2007.

                                  /s/\
                                  Barry Wiegand

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　**Plaintiff,** )<br>　　　　　　　　　　　　　　)<br>　　**v.** )<br>　　　　　　　　　　　　　　)<br>**$14,860.00 IN UNITED STATES** )<br>**CURRENCY,** )<br>　　　　**Defendant.** )<br>_____)<br>　　　　　　　　　　　　　　)<br>**ALFRED T. HOPKINS,** )<br>　　　　**Claimant.** )<br>_____) | Civil No. 07-00175 (RBW)<br>ECF |

## ORDER

This matter came before the Court on plaintiff's Consent Motion To Continue Dates For Filing Dispositive Motions. Upon consideration of the representations in that motion, the entire record herein, as well as the entire record in a related criminal case, <u>United States</u> v. <u>Darnell Jackson</u>, Cr. No. 06-0227 (RBW), it is by the Court this ____ day of October 2007,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the deadlines previously set for filing dispositive motions, responses, and replies are VACATED pending further order of the Court; and it is further

ORDERED, that within 30 days of the conclusion of the <u>Jackson</u> trial, the parties shall move the Court to set new deadlines for filing dispositive motions, responses, and replies, or otherwise propose to the Court an alternative course of action.

SO ORDERED.

_____　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　JOHN F. MERCER, Esq.

Tec Law Group, PLLC
1629 K Street, N.W.
Suit 300
Washington, D.C. 20036
(240) 535-8758
(301) 249-4604 (fax)
JMJMercer@AOL.Com

Barry Wiegand
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov