# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>            Plaintiff,        )<br>                        )<br>    v.                    )<br>                        )<br>**$14,860.00 IN UNITED STATES**        )<br>**CURRENCY,**                )<br>            Defendant.        )<br>_____)<br>                        )<br>**ALFRED T. HOKINS,**            )<br>            Claimant.        )<br>_____) | Civil No. 07-00175 (RBW)<br>ECF |

## JOINT PROPOSED AMENDED SCHEDULING ORDER

***COMES NOW***, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and on behalf of claimant, by and through his attorney, Mr. John F. Mercer, Esq., jointly to propose an amended scheduling order for this civil forfeiture action. On the parties' behalf, plaintiff respectfully submits as follows:

1.  This is a civil action brought *in rem* in January 2007 to forfeit funds seized from a Maryland residence on August 1, 2006. Pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6), plaintiff has alleged that the funds had ties to money-laundering and drug-trafficking crimes, which subject them to forfeiture. Mr. Alfred Hopkins has entered this action as a claimant to oppose the forfeiture. Police seized the defendant funds from Mr. Alfred Hopkins's residence. Besides plaintiff and claimant, there are no other parties.

2.  Following a status hearing on May 10, 2007, the Court issued a scheduling order, requiring discovery to be concluded by September 14, 2007. The Court's docket also states that this "matter shall be referred to a magistrate judge for the purpose of settlement discussions for a period commencing on September 17, 2007, and concluding on November 16, 2007. Any dispositive

motions shall be filed by October 19, 2007. Oppositions thereto shall be filed by November 16, 2007, and replies, if any, shall be filed by November 30, 2007. A pretrial conference shall be held on March 7, 2008, at 9:30 a.m., if this matter has not been resolved by that date."

3.   Thereafter, the Court granted a consent motion to continue the settlement conference, which had been set for September 27, 2007.  On October 18, 2007, the Court stayed proceedings in this action pending resolution of a related criminal case, United States v. Jackson, Cr. No. 06-0227 (RBW).  Pursuant to this Court's order of January 3, 2008, the parties now submit this joint proposed amended scheduling order.

4.   Claimant is engaged in responding to plaintiff's discovery requests, having supplied already some requested documents and submitted to a deposition.  Other written answers to discovery requests remain pending.  (All discovery requests complied with the Court's original scheduling order).

5.   Both parties hope that this case can be settled without further litigation.  Therefore, counsel request the Court to afford them until Friday, February 1, 2008, to try to do.  If not, then this matter should be referred to a magistrate judge for the purpose of settlement discussions for a period commencing on Monday, February 4, 2008, and concluding on Monday, March 3, 2008. Any dispositive motions should be filed by March 25, 2008. Oppositions thereto shall be filed by April 25, 2008, and replies, if any, shall be filed by May 13, 2008.  A pretrial conference may be set for an appropriate time thereafter, if this matter has not been resolved by that date.

5.   Claimant's counsel, Mr. Mercer, graciously has authorized undersigned plaintiff's counsel to make the representations in this pleading, and has consented to plaintiff filing it.  A proposed order attached.

*WHEREFORE*, with claimant's consent, plaintiff prays this Honorable Court to accept this joint proposed amended scheduling order.

        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney for the District of Columbia

/s/
Barry Wiegand, D.C. Bar #424288
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C. 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

    I HEREBY CERTIFY that, before filing this JOINT PROPOSED AMENDED SCHEDULING ORDER, I obtained approval to do so from: Mr. John F. Mercer, Esq., Counsel for Claimant Alfred T. Hopkins, Tec Law Group, PLLC, 1629 K Street, N.W., Suit 300, Washington, D.C. 20036, (240) 535-8758; (301) 249-4604 (fax); JMJMercer@AOL.Com; and that I also transmitted it to him by e-mail and through this Court's ECF system upon filing with the Court, on or before the 9th day of January 2008.

/s/
Barry Wiegand

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>            Plaintiff,   )<br>                                          )<br>   v.                                    )<br>                                          )<br>**$14,860.00 IN UNITED STATES**   )<br>**CURRENCY,**                   )<br>            Defendant.   )<br>_____)<br>                                          )<br>**ALFRED T. HOPKINS,**   )<br>            Claimant.   )<br>_____) | Civil No. 07-00175 (RBW)<br>ECF |

**AMENDED SCHEDULING ORDER**

This matter came before the Court on the parties' joint proposed amended scheduling order. Upon consideration of that proposal and the entire record in this case, it is by the Court this ____ day of January 2008

ORDERED, that the parties shall engage in settlement discussions through February 1, 2008, and this matter is be referred to a magistrate judge for the purpose of settlement discussions for a period commencing on Monday, February 4, 2008, and concluding on Monday, March 3, 2008; and it is further

ORDERED, that any dispositive motions should be filed by March 25, 2008, with oppositions due on April 25, 2008, and replies, if any, on May 13, 2008.  A pretrial conference shall be set thereafter, if this matter has not been resolved.

SO ORDERED.

_____          _____
Dated                                                                REGGIE B. WALTON
                                                                           United States District Judge

cc: JOHN F. MERCER, Esq.
Tec Law Group, PLLC
1629 K Street, N.W.
Suit 300
Washington, D.C. 20036
(240) 535-8758
(301) 249-4604 (fax)
JMJMercer@AOL.Com

Barry Wiegand
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov