UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-175 (RBW) |
| $14,860.00 IN UNITED STATES CURRENCY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Based upon the joint request of the plaintiff and the sole claimant to the property at issue in this <u>in rem</u> proceeding, it is

**ORDERED** that this case is **STAYED** pending settlement negotiations until February 1, 2008. It is further

**ORDERED** that if a stipulation of settlement is not entered in this case on or before February 1, 2008, then this case shall be referred to a magistrate judge for settlement negotiations from February 4, 2008, until March 3, 2008. It is further

**ORDERED** that if this case is not settled, all parties to this case shall file dispositive motions, if they wish to do so, on or before March 25, 2008. It is further

**ORDERED** that all parties to this case shall file their oppositions, if any, to any dispositive motions filed in this case on or before May 13, 2008.

**SO ORDERED** this 10th day of January, 2008.

                                              REGGIE B. WALTON
                                              United States District Judge