UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>$14,860.00 IN UNITED STATES<br>CURRENCY,<br>　　　　　Defendant.<br>_____<br><br>ALFRED T. HOPKINS,<br>　　　　　Claimant.<br>_____ | Civil No. 07-00175 (RBW)<br>ECF |

## ADVICE TO COURT

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to advise the Court that the parties will not be filing a Stipulation of Settlement on February 1, 2008. Plaintiff also respectfully submits the following information:

　　　1.　　This is a civil action brought *in rem* in January 2007 to forfeit funds seized from a Maryland residence on August 1, 2006. Pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6), plaintiff has alleged that the funds had ties to money-laundering and drug-trafficking, which subject them to forfeiture. Mr. Alfred Hopkins has entered this action as a claimant to oppose the forfeiture. Police had seized the defendant funds from Mr. Hopkins's residence. Other than plaintiff and claimant, there are no other parties, and it is too late for anybody else to enter this case.

　　　2.　　The Court stayed proceedings on October 18, 2007. On January 10, 2008, the Court issued an order continuing the stay through February 1, 2008. That order states further: "If a stipulation of settlement is not entered in this case on or before February 1, 2008, then this case shall be referred to a magistrate judge for settlement negotiations from February 4, 2008, until March 3,

2008.  If this case is not settled, all parties to this case shall file dispositive motions, if they wish to do so, on or before March 25, 2008."

3. Counsel for the parties have consulted regularly since January 10, 2008, but have been unable to agree to a Stipulation of Settlement, and wish to advise the Court formally of this. In consequence, plaintiff respectfully asks the Court formally to refer this case "to a magistrate judge for settlement negotiations from February 4, 2008, until March 3, 2008."

**WHEREFORE**, plaintiff prays this Honorable Court to accept this advice and refer this case to a magistrate judge for settlement negotiations from February 4, 2008, until March 3, 2008.

> Respectfully submitted,
>
>  /s/ *Jeffrey A. Taylor*
> JEFFREY A. TAYLOR, DC Bar #498610
> United States Attorney
>
>  /s/ *Barry Wiegand*
> Barry Wiegand, DC Bar #424288
> Assistant United States Attorney
> 555 4th Street N.W.
> Washington, DC 20530
> (202) 307-0299 (with voice-mail)
> (202) 514-8707 (Telefax)
> William.B.Wiegand@USDoJ.Gov (e-mail)
> Counsel for Plaintiff United States

I HEREBY CERTIFY that I caused service of this pleading to be made through the Court's ECF system upon Counsel for Claimant Alfred T. Hopkins, who is John F. Mercer, Esq., Of Counsel, TEC Law Group, PLLC, 1629 K Street, N.W., Suite 300, Washington, D.C. 20036 (202) 466-3830; Fax: (301) 249-4604; Email: JMJMercer@AOL.Com, and that I also transmitted it to him by e-mail on the first day of February 2008.

>  /s/ *Barry Wiegand*
> Barry Wiegand
> Assistant U.S. Attorney