PRAECIPE                                                                    FILED

# United States District Court
# for the District of Columbia

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the **21st** day of **FEBRUARY**, **2008**

**UNITED STATES**
vs.
**$14,860.00**

Civil / ~~Criminal~~
Action No. **07-0175 (RBW/DAR)**

The Clerk of said Court will **NOTE THAT THE PARTIES HAVE REACHED AN AGREEMENT TO SETTLE THIS ACTION AND WILL FILE WITH THE COURT A STIPULATION OF SETTLEMENT BY FEBRUARY 26, 2008.**

**February 21, 2008**
Date

**Barry Wiegand**
Signature

**WIEGAND 424288**
BAR IDENTIFICATION NO.

**BARRY WIEGAND, AUSA**
Print Name

*[signature]*
JOHN F. MERCER
Counsel for Claimant
1629 K Street, N.W.
Suite 300
D.C. 20036

**555 4th ST, N.W.**
Address

**WASHINGTON   DC   20001**
City            State    Zip Code

**(202) 307-0299 (WIEGAND)**
Phone Number

## CERTIFICATE OF SERVICE

HAND-SERVED   02-21-08

*Barry Wiegand*