UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$14,860.00 IN UNITED STATES CURRENCY,<br>        Defendant.<br><br>ALFRED T. HOPKINS,<br>        Claimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 07-00175 (RBW)<br>ECF |

**FINAL ORDER OF FORFEITURE AND DISMISSAL**

Plaintiff the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with claimant Alfred T. Hopkins (hereinafter "claimant"), by and through his attorney, Mr. John F. Mercer, Esq., have notified the Court by filing a Stipulation of Settlement that the parties have agreed to settle this civil action.

The record in this case reflects that on January 25, 2007, plaintiff brought this civil forfeiture action *in rem* against the defendant property, $14,860.00 in U.S. currency (hereafter "defendant property"), and a warrant for arrest *in rem* issued on that date. The warrant was served on January 31, 2007. Thereafter, the plaintiff United States caused public notice of the seizure and this forfeiture action to be published in The Washington Times newspaper on February 9, 2007, and in The Daily Washington Law Reporter on February 15, 2007. Because the same defendant property had been the subject of non-judicial forfeiture, in which Mr. Alfred T. Hopkins had filed a claim, the publication of notice in these two newspapers complied fully with the provisions of Rule G of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions. On March 7, 2007, Mr. Alfred T. Hopkins filed through counsel a verified claim to the defendant

property. Other than the U.S. Government plaintiff and the defendant property, the formal parties to this action, claimant Alfred T. Hopkins is the only person who has attempted to become a claimant or other party. The Court's docket sheet reflects that no other person filed a claim, and the time to claim has expired, based on the dates of the defendant property's arrest and of the notice published in two newspapers. Therefore, the Stipulation of Settlement resolves all controverted issues.

The terms and conditions of the Stipulation of Settlement are as follows:

I. Plaintiff earlier deposited the defendant property of $14,860.00 in U.S. Currency into the Seized Asset Forfeiture Fund in the custody of the U.S. Marshals Service, and the property has identification number 06-FBI-003997. Within 21 days of the Court's entry of the proposed Final Order of Forfeiture, the United States Marshals Service shall issue a cheque in the amount of seven thousand, eight-hundred sixty dollars and no cents ("$7,860.00") made payable to "Martin & Mercer PC Attorney Trust Account."

II. In consideration of this payment of $7,860.00 to claimant, claimant agrees that this Court shall order the forfeiture to plaintiff of all of the balance of the defendant property, plus the balance of any funds in the special account arising from deposit of the defendant property into it, including any interest.

III. Claimant further agrees to waive forever any present or future right to bring any suit against the United States and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the defendant property or to this federal forfeiture action against the defendant property, or to the underlying facts of this case.

IV. The Parties agree that each shall bear its own court costs and legal expenses, and that neither party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

***NOW THEREFORE***, in consideration of the entire record in this case and the consent and agreement between the United States and Claimant, and in final resolution of all remaining contested issues as to right, title, and interest to the defendant $14,860.00 in United States currency, it is hereby

***ORDERED, ADJUDGED AND DECREED***, that the Stipulation of Settlement is accepted; and it is

***FURTHER ORDERED***, that within 21 days of the docketing of this order, the United States Marshals Service shall issue a cheque in the amount of seven thousand, eight-hundred sixty dollars and no cents ("$7,860.00") made payable to "Martin & Mercer PC Attorney Trust Account"; and it is

***FURTHER ORDERED***, that the balance of the defendant property, including any interest or other such funds attributable to it, is hereby adjudged and decreed forfeited to plaintiff United States to be disposed of in accordance with law; and it is

***FURTHER ORDERED***, that the above-captioned case is DISMISSED, except that the Court shall retain jurisdiction to enforce the provisions of the Stipulated Settlement.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record and to the United States Marshals Service.

ENTERED on this 28th day of February, 2008.

SO ORDERED.

February 28, 2008
Dated

REGGIE B. WALTON
United States District Judge